# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-2972

_____

| | | |
|---|---|---|
| David Albertson; Robert Albertson, | * | |
| | * | |
| Appellants, | * | |
| | * | |
| Posi-Grip Tool Company, Inc.; Zeal | * | |
| Industries, Inc.; Master Craft Tool | * | Appeal from the United States |
| Company, LLC, formerly known as | * | District Court for the |
| Kaskaid Tool Company, LLC, | * | District of Minnesota. |
| | * | |
| Plaintiffs, | * | [UNPUBLISHED] |
| | * | |
| v. | * | |
| | * | |
| The Stanley Works, a Connecticut | * | |
| corporation; Mac Tools, an Ohio | * | |
| corporation; Petters Group Worldwide, | * | |
| LLC, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: December 29, 2008
Filed: January 8, 2009

_____

Before WOLLMAN, SMITH, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

David and Robert Albertson appeal the district court's[1] grant of summary judgment to defendants following settlement of claims with plaintiff Master Craft Tool Company, formerly known as Kaskaid Tool Company, LLC. After carefully reviewing the record and considering appellants' arguments, we find no basis for reversing the district court's order. Accordingly, the judgment is affirmed. See 8th Cir. R. 47B.

_____

---

[1]The Honorable James M. Rosenbaum, United States District Judge for the District of Minnesota.